**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 305 EAL 2020

Respondent                  :

                             :   Petition for Allowance of Appeal
                             :   from the Order of the Superior Court

v.                            :

                             :

MATTHEW EARLY,               :

                             :

Petitioner                   :

## ORDER

**PER CURIAM**

       **AND NOW**, this 19th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.